# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| LISA JANE VELLUTO KOLB, ) </br> ) </br> Plaintiff, ) </br> ) Civil Action No: 1:17-01101-MGL </br> vs. ) </br> ) ORDER </br> NANCY A. BERRYHILL, ) </br> ACTING ) </br> COMMISSIONER OF SOCIAL ) </br> SECURITY ADMINISTRATION, ) </br> ) </br> Defendant. ) </br> _____) | |

On May 9, 2018, Counsel for the Plaintiff, W. Daniel Mayes, filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. ECF No. 24. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $4,042.75 for fees (20.6 hours at $196.25 per hour) and $16.00 for expenses. *Id.* On May 16, 2018, Defendant filed a response indicating it did not oppose the payment of such fees and expenses. ECF No. 25.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B)), and, therefore, this Court directs fees be payable to Plaintiff and delivered to Plaintiff's counsel. Accordingly,

**IT IS ORDERED** Plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be **GRANTED** in the amount of $4,042.75 for fees and $16.00 for expenses.

                                                    s/ Mary Geiger Lewis
                                                    MARY GEIGER LEWIS
                                                    UNITED STATES DISTRICT JUDGE

May 17, 2018
Columbia, South Carolina